UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURICE SCOTT WILSON II,

    Defendant.

Case: 1:25-cr-20070
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-12-2025

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### (18 U.S.C. §§ 113(a)(6), 1151 and 1152)
### (Assault Causing Serious Bodily Injury)

On or about December 21, 2024, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Maurice Scott Wilson II, a non-Indian, assaulted O.P., an Indian and that assault resulted in serious bodily injury to O.P., in violation of 18 U.S.C. §§ 113(a)(6), 1151 and 1152.

Dated: February 12, 2025

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney

s/Roy R. Kranz
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

s/ Anthony P. Vance
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ Yes    x No

Case: 1:25-cr-20070
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-12-2025

Case Title: USA v. MAURICE SCOTT WILSON II,

County where offense occurred: Isabella

Check One:    X Felony    __ Misdemeanor    __ Petty

    __X__Indictment/____Information --- **no** prior complaint.
    _____Indictment/____Information --- based upon prior complaint []
    _____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:  February 12, 2025

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.